Freeplay Music Corp v. X-Cast Entertainment LLC et al Doc. 6

ORIGINAL

Send

LEE A. GARRY
SBN: 36833
Sherman Oaks Atrium, Suite 402
15315 Magnolia Boulevard
Sherman Oaks, California 91403
Telephone: (818) 986-6575
Facsimile: (818) 907-5064

FILED
CLERK, U.S. DISTRICT COURT
AUG 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Attorney for Defendants,
X-CASE ENTERTAINMENT, LLC and
X-CAST ENTERTAINMENT N.V.

LODGED
2007 AUG 24 PM 2:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREEPLAY MUSIC CORP., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>X-CAST ENTERTAINMENT, LLC, a California limited liability company, X-CAST ENTERTAINMENT, N.V. a Dutch company<br><br>Defendants. | **Case No.: CV07-04813R (AGRx)**<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE** |

IT IS HEREBY STIPULATED by and between plaintiff, FREEPLAY MUSIC CORP. and its attorneys of record, PICK & BOYDSTON, LLP, by ERIK S. SYVERSON, and defendants, X-CAST ENTERTAINMENT, LLC and X-CAST ENTERTAINMENT, N.V., by their attorney of record, LEE A. GARRY, that defendants time to respond to the Complaint herein shall be extended to and including September 30, 2007.

Dated: 8-22-07

PICK & BOYDSTON, LLP

By: ERIK S. SYVERSON

Dated: 8-23-07

LEE A. GARRY

ORDER

IT IS SO ORDERED.

JUDGE OF THE DISTRICT COURT

DOCKETED ON CM 8-27-07
AUG 28 2007
BY 019

(6)



Dockets.Justia.com