UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. CV-07-4813-R Date: DEC. 12, 2007

Title: FREEPLAY MUSIC CORP -V- X-CAST ENTERTAINMENT LLC et al
=====================================================================

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

William Horrell — Courtroom Deputy

None Present — Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: None

ATTORNEYS PRESENT FOR DEFENDANTS: None

PROCEEDINGS: ORDER (IN CHAMBERS) SETTING PRE-TRIAL & TRIAL DATES

**COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE-TRIAL CONFERENCE on MARCH 24, 2008 AT 11:00 A.M.**

**Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before MARCH 3, 2008, which date will also serve as the discovery cut-off date in this action. There is no Motion Cut-Off Date set.**

**PRE-TRIAL CONFERENCE ORDER shall be lodged with this Court on or before MARCH 17, 2008.**

**JURY TRIAL DATE is set as APRIL 29, 2008 AT 9:00 A.M.**

**IT IS SO ORDERED.**

cc: counsel of record (by optical scanning)

MINUTES FORM 11
CIVIL -- GEN

Initials of Deputy Clerk ___WH____

Dockets.Justia.com