LEE A. GARRY
SBN: 36833
Sherman Oaks Atrium, Suite 402
15315 Magnolia Boulevard
Sherman Oaks, California 91403
Telephone: (818) 986-6575
Facsimile: (818) 907-5064

Attorney for Defendants,
X-CAST ENTERTAINMENT, LLC and
X-CAST ENTERTAINMENT N.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEPLAY MUSIC CORP., a New York corporation, Plaintiff, vs. X-CAST ENTERTAINMENT, LLC, a California limited liability company; X-CAST ENTERTAINMENT, N.V. a Dutch company Defendants. | Case No.: CV07-04813R (AGRx) JUDGMENT PURSUANT TO STIPULATION |

Freeplay Music Corp v. X-Cast Entertainment LLC et al Doc. 14 Att. 1

In the above-entitled cause, plaintiff, FREEPLAY MUSIC CORP., a New York corporation, and defendants, X-CAST ENTERTAINMENT, INC., a corporation, and X-CAST ENTERTAINMENT, N.V., a foreign entity, having stipulated through their respective counsel, that judgment be entered in the amount of Three Thousand Five Hundred Dollars ($3,500.00), inclusive of principal, interest, costs and attorney's fees;

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that judgment be entered in favor of FREEPLAY MUSIC CORP., a New York corporation, and against defendants, X-CAST ENTERTAINMENT, INC., a corporation and X-CAST ENTERTAINMENT, N.V., a foreign entity, in the amount of Three Thousand Five Hundred Dollars ($3,500.00) inclusive of principal, interest, costs and attorney's fees.

Dated: ________________

JUDGE OF THE UNITED STATES
DISTRICT COURT

"Exhibit 1"

ORIGINAL

**LEE A. GARRY**
**SBN: 36833**
**Sherman Oaks Atrium, Suite 402**
**15315 Magnolia Boulevard**
**Sherman Oaks, California 91403**
**Telephone: (818) 986-6575**
**Facsimile: (818) 907-5064**

Attorney for Defendants,
X-CAST ENTERTAINMENT, LLC and
X-CAST ENTERTAINMENT N.V.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FREEPLAY MUSIC CORP., a New York corporation,

Plaintiff,

vs.

X-CAST ENTERTAINMENT, LLC, a California limited liability company; X-CAST ENTERTAINMENT, N.V. a Dutch company

Defendants.

**Case No.: CV07-04813R (AGRx)**

**JUDGMENT PURSUANT TO STIPULATION**

In the above-entitled cause, plaintiff, FREEPLAY MUSIC CORP., a New York corporation, and defendants, X-CAST ENTERTAINMENT, INC., a corporation, and X-CAST ENTERTAINMENT, N.V., a foreign entity, having stipulated through their respective counsel, that judgment be entered in the amount of Three Thousand Five Hundred Dollars ($3,500.00), inclusive of principal, interest, costs and attorney's fees;

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that judgment be entered in favor of FREEPLAY MUSIC CORP., a New York corporation, and against defendants, X-CAST ENTERTAINMENT, INC., a corporation and X-CAST ENTERTAINMENT, N.V., a foreign entity, in the amount of Three Thousand Five Hundred Dollars ($3,500.00) inclusive of principal, interest, costs and attorney's fees.

Dated: ________________

________________________________
JUDGE OF THE UNITED STATES DISTRICT COURT