LEE A. GARRY
SBN: 36833
Sherman Oaks Atrium, Suite 402
15315 Magnolia Boulevard
Sherman Oaks, California 91403
Telephone: (818) 986-6575
Facsimile: (818) 907-5064

Attorney for Defendants,
X-CAST ENTERTAINMENT, LLC and
X-CAST ENTERTAINMENT N.V.

FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEPLAY MUSIC CORP., a New York corporation, Plaintiff, vs. X-CAST ENTERTAINMENT, LLC, a California limited liability company; X-CAST ENTERTAINMENT, N.V. a Dutch company Defendants. | Case No.: CV07-04813R (AGRx) JUDGMENT PURSUANT TO STIPULATION |

In the above-entitled cause, plaintiff, FREEPLAY MUSIC CORP., a New York corporation, and defendants, X-CAST ENTERTAINMENT, INC., a corporation, and X-CAST ENTERTAINMENT, N.V., a foreign entity, having stipulated through their respective counsel, that judgment be entered in the amount of Three Thousand Five Hundred Dollars ($3,500.00), inclusive of principal, interest, costs and attorney's fees;

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that judgment be entered in favor of FREEPLAY MUSIC CORP., a New York corporation, and against defendants, X-CAST ENTERTAINMENT, INC., a corporation and X-CAST ENTERTAINMENT, N.V., a foreign entity, in the amount of Three Thousand Five Hundred Dollars ($3,500.00 inclusive of principal, interest, costs and attorney's fees.

Dated: **Feb. 4, 2008**

JUDGE OF THE UNITED STATES
DISTRICT COURT

"Exhibit 1"

Judgment